# Wright Close Barger & Guzman

## Trials and Appeals in Civil Cases

ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 9:14 PM
CHRISTOPHER A. PRINE
CLERK

BRADLEY W. SNEAD
snead@wrightclosebarger.com
Board Certified Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 9:14:36 PM
CHRISTOPHER A. PRINE
Clerk

September 17, 2025

Christopher A. Prine, Clerk                          ***Via Electronic Filing***
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:        No. 15-25-00116-CV, *Paxton, et al. v. Garza, et al.*; In the Court of
           Appeals for the Fifteenth Judicial District, Austin, Texas.

Dear Mr. Prine:

Pursuant to the Court's request, please be advised that I, Bradley W. Snead, will present oral argument on behalf of the Travis County, Harris County, El Paso County, Dallas County, Bexar County, and Williamson County Appellees in the above-referenced appeal for 18 minutes. Justin C. Pfeiffer will then present oral argument on behalf of Appellees for 2 minutes on behalf of Appellee Brian M. Middleton in his official capacity as District Attorney of Fort Bend County (268th Judicial District).

Respectfully,

*/s/ Bradley W. Snead*

Bradley W. Snead
State Bar No. 24032706
snead@wrightclosebarger.com
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Tel.: (713) 572-4321
Fax: (713) 572-4320

BWS:mmh

cc:     All Counsel of Record

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105743825
Filing Code Description: Letter
Filing Description: Letter to the Court of Appeals re Oral Argument for Appellees
Status as of 9/18/2025 7:12 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 9/17/2025 9:14:36 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 9/17/2025 9:14:36 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 9/17/2025 9:14:36 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 9/17/2025 9:14:36 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Cynthia W.Veidt | | cynthia.veidt@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Leslie W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105743825
Filing Code Description: Letter
Filing Description: Letter to the Court of Appeals re Oral Argument for
Appellees
Status as of 9/18/2025 7:12 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 9/17/2025 9:14:36 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 9/17/2025 9:14:36 PM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 9/17/2025 9:14:36 PM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 9/17/2025 9:14:36 PM | ERROR |
| Randy T. Leavitt | | randy@randyleavitt.com | 9/17/2025 9:14:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 9/17/2025 9:14:36 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 9/17/2025 9:14:36 PM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 9/17/2025 9:14:36 PM | ERROR |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 9/17/2025 9:14:36 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105743825
Filing Code Description: Letter
Filing Description: Letter to the Court of Appeals re Oral Argument for Appellees
Status as of 9/18/2025 7:12 AM CST

Case Contacts

| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
|---|---|---|---|---|
| Alexandria Oberman Oberman | | aoberman@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Melissa Contreras | | m.contreras@epountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Michael J. Satin | | msatin@milchev.com | 9/17/2025 9:14:36 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/17/2025 9:14:36 PM | SENT |